UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN MARANTO | CIVIL ACTION NO. 05-0359 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CITIFINANCIAL RETAIL SERVICES, INC. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Compel Arbitration and to Stay Proceedings (Record Document 14) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 23rd day of January, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE